UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

B.D., et. al.,,

      Plaintiffs,           CIVIL ACTION NO. 11-15347

   v.                   DISTRICT JUDGE PATRICK J. DUGGAN

OLGA DAZZO, et al.,      MAGISTRATE JUDGE MARK A. RANDON

      Defendants.
_____/

**ORDER DENYING MOTION FOR A MORE DEFINITE STATEMENT
(DKT. NOS. 27 AND 34) AND REQUIRING ANSWER TO COMPLAINT**

This matter is before the Court on the Pine Rest Defendants' motion for a more definite statement in lieu of answering Plaintiff's Complaint (Dkt. No. 27). Several other defendants concur in the relief sought by the Pine Rest Defendants (Dkt. No. 34). Plaintiff filed an untimely response to the motion, which the Court in its discretion has considered. Being otherwise fully advised following oral argument on the motion and for the reasons stated on the record,

**IT IS ORDERED** that the Pine Rest Defendants' motion and the concurrence thereto are **DENIED**. The Pine Rest Defendants and those defendants that concurred in their motion shall file an Answer to Plaintiff's Complaint on or before **March 28, 2012**.

                                 s/Mark A. Randon
                                 MARK A. RANDON
                                 UNITED STATES MAGISTRATE JUDGE

Dated: March 14, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, March 14, 2012, electronically and by first class mail.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*